IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| JON M. COSTELLOW, JOHN TRIPLETT, § <br> BRUCE HALLMAN, CARL HEBERT, § <br> CHRISTINE M. MORSE, § <br> INDIVIDUALLY AND ON BEHALF OF § <br> ALL THOSE SIMILARLY SITUATED § <br> § <br> VS § <br> § <br> § <br> § <br> § <br> BECHT ENGINEERING CO., INC.; § <br> BECHT FIELD SERVICES, LLC § | C.A. No. 1:20-CV-00179-MJT <br><br> COLLECTIVE ACTION |

**JOINT NOTICE REGARDING SETTLEMENT**

COMES NOW PLAINTIFFS and DEFENDANTS, and file this Joint Notice to advise the Court that the parties have reached a settlement, subject to court approval, and requesting a stay of the remaining deadlines, and state as follows:

I.

The parties and counsel participated in mediation before mediator Dennis Clifford on August 17, 2022. The Named Plaintiffs and Defendants' representatives with authority to settle attended mediation. The parties made significant progress at mediation, and by the beginning of September had reached agreement on material terms of a settlement. The parties are in the process of working through the terms of a Settlement Agreement addressing multiple points – release of claims, handling of distributions to opt-in plaintiffs, etc. Defendants have made arrangements for a third party administrator, and any remaining issues concerning settlement terms (if any) will be addressed to the Court in conjunction with the a Motion for Approval of the Settlement.

The parties anticipate filing a Motion for Approval of the Settlement on or before September 30, 2022.

II.

The parties jointly request the Court remove this case from the trial docket of October 2022 and stay the remaining deadlines while the parties finalize the settlement documents to propose to the Court.

        Respectfully submitted,

        REAUD, MORGAN & QUINN, L.L.P.
        801 Laurel Street
        Post Office Box 26005
        Beaumont, Texas 77720-6005
        Telephone: (409) 838-1000
        Telecopier: (409) 833-8236

        By: */s/ Mark W. Frasher*
            John G. Werner
            State Bar No. 00789720
            jwerner@rmqlawfirm.com
            Mark W. Frasher
            State Bar No. 00798187
            mfrasher@rmqlawfirm.com

        **Attorneys for Plaintiffs**

        JACKSON LEWIS P.C.
        717 Texas Avenue, Suite 1700
        Houston, Texas 77002
        Telephone: (713) 650-0404
        Telecopier: (713) 650-0405

        By: */s/ Joseph G. Galagaza* by permission
            Joseph G. Galagaza
            State Bar No. 07572600
            Phillip Baggett (of counsel)
            State Bar No. 24092067

        **Attorneys for Defendant**

## **CERTIFICATE OF SERVICE**

      The undersigned attorney certifies that on September 22, 2022, a copy of the foregoing notice was served on the following counsel of record via the Court's electronic filing system.

      Joseph G. Galagaza
      JACKSON LEWIS P.C.
      717 Texas Avenue, Suite 1700
      Houston, Texas 77002
      Telephone: (713) 650-0404
      Telecopier: (713) 650-0405
      galagazj@jacksonlewis.com

    /s/ Mark Frasher
    Mark Frasher