IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| JON M. COSTELLOW, JOHN TRIPLETT, BRUCE HALLMAN, CARL BEBERT, AND CHRISTINE MORSE, INDIVIDUALLY AND ON BEHALF OF ALL THOSE SIMILARLY SITUATED <br><br> v. <br><br> BECHT ENGINEERING CO., INC.; BECHT FIELD SERVICES, LLC | § § § § § § § § § § § § | CIVIL ACTION NO. 1:20-CV-00179 <br> JUDGE MICHAEL J. TRUNCALE |

## ORDER DENYING AS MOOT
## JOINT MOTION FOR APPROVAL OF SETTLEMENT

Before the Court is the Parties' Joint Motion for Approval of Settlement. [Dkt. 149]. Subsequent to this motion being filed, the Court entered an Order [Dkt. 152] approving an amended version of the settlement agreement, thereby rendering this motion moot.

It is therefore **ORDERED** that the Parties' Joint Motion for Approval of Settlement [Dkt. 149] is hereby **DENIED AS MOOT**.

**SIGNED this 16th day of December, 2022.**

_____
Michael J. Truncale
United States District Judge